Commonwealth *v.* Whitten, Appellant.

Before SMILLIE, J.

Submitted December 13, 1968. *David B. Fitzgerald*, for appellant; *Henry T. Crocker, Richard A. Devlin, William T. Nicholas* and *Paul W. Tressler*, Assistant District Attorneys, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Woodall et al., Appellants.

Before SPAETH, JR., J., without a jury.

Argued December 11, 1968. *Malcolm W. Berkowitz*, for appellant; *James D. Crawford*, Assistant District Attorney, with him *Harold K. Don, Jr.*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.